The People of the State of New York, Respondent, v. Harry Kane, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Patricia A. Coyne, Respondent, against Harold M. Kneller, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Sarah Keenan, Respondent, v. Grover T. Michel et al., Individually and/or as Executors of Werner Kurtz, Deceased, Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Carl S. Zekaria, Respondent, v. Cooper & Cooper, Inc., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Sidney Horton, Jr., an Infant, by Sidney Horton, His Guardian ad Litem, et al., Respondents, v. New York City Omnibus Corporation, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Belle B. Abrahams, as Executrix of Maurice Abrahams, Deceased, and on Behalf of All Stockholders of Rogers Silverware Redemption Bureau, Inc., Respondent, v. Solomon Karp et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Nathan I. Singer, Respondent, v. Bruner-Ritter, Inc., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [180 Misc. 928.]

Nathan I. Singer, Respondent, v. Bruner-Ritter, Inc., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Herman Brandt, Respondent, v. Joseph Davidson, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Henry Haber and Sam Kugler, Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Charles Andariese, Respondent, v. Rudley's Stores, Inc., et al., Appellants. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Bjelland, Lange & Co., Inc., Appellant, v. Baker & Williams, Respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

Rapid Fireproof Door Co., Inc., Respondent, v. Walter Kidde Constructors, Incorporated, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.